# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## TEXARKANA DIVISION

CAREN HUCKABY                                                                    PLAINTIFF

v.                           Civil No. 4:17-cv-04025

COMMISSIONER, SOCIAL                             DEFENDANT
SECURITY ADMINISTRATION

## **ORDER**

     Plaintiff has submitted a Complaint for filing in this District, together with a request for leave to proceed *in forma pauperis*. After review, it is found that Plaintiff is unable to pay for the costs for commencement of suit, and accordingly,

     **IT IS HEREBY ORDERED** Plaintiff's Motion For Leave to Proceed *in forma pauperis* is **GRANTED**. Additionally, the Court hereby directs that a copy of the Complaint filed herein, along with a copy of this Order, be served by the Plaintiff by certified Mail, return receipt requested, on the Defendant NANCY BERRYHILL, Commissioner, Social Security Administration, the U.S. Attorney General, and the Assistant U.S. Attorney, without prepayment of fees and costs or security therefore. The Defendant is Ordered to answer within sixty (60) days from the date of service.

     **IT IS SO ORDERED** this 24th day of April 2017.

                                                                         /s/ Barry A. Bryant
                                                                        HON. BARRY A. BRYANT
                                                                        U.S. MAGISTRATE JUDGE